JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EDMOND NEAL,

      Plaintiff,

      v.

LUCKY D & J, LLC,

      Defendants.

Case No. 2:26-cv-03113-AB (MARx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

Dated:  July 1, 2026

                                  _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1